IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MARCUS TYRONE GRANT, #1603171 | § | |
| VS. | § | CIVIL ACTION NO. 6:13cv887 |
| ANNIE D. ANTHONY, ET AL. | § | |

O R D E R

Came on for consideration, the Appellant's motion for leave to appeal *in forma pauperis* (docket entry #30). The Appellant, however, did not submit an application to proceed *in forma pauperis*, along with an *in forma pauperis* data sheet. It is accordingly

**ORDERED** that the Appellant has thirty days from the receipt of this order to either pay the $505 appellate filing fee or submit an application to proceed *in forma pauperis*, together with an *in forma pauperis* data sheet. The application to proceed *in forma pauperis* and the *in forma pauperis* data sheet are available in the law library. Failure to comply with this order may result in the dismissal of the appeal.

**So ORDERED and SIGNED this 5th day of March, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE