IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MARCUS TYRONE GRANT, #1603171 | § | |
| VS. | § | CIVIL ACTION NO. 6:13cv887 |
| ANNIE D. ANTHONY, ET AL. | § | |

## ORDER OF PARTIAL DISMISSAL

The above-entitled and numbered civil action was heretofore directly assigned to United States Magistrate Judge John D. Love, who issued a Second Report and Recommendation concluding that Defendant Tracey Tanner's motion for summary judgment based on the Plaintiff's failure to exhaust administrative remedies (Docket Entry #50) should be granted. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Defendant Tracey Tanner's motion for summary judgment based on the Plaintiff's failure to exhaust administrative remedies (Docket Entry #50) is **GRANTED** and the claims against Tanner are **DISMISSED** with prejudice.

**So ORDERED and SIGNED this 30th day of June, 2014.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**